IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC HOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 3:23-cv-359-DWD |
| ALLIED WASTE TRANSPORTATION, INC., | ) |
| *d/b/a Allied Waste Services of Edwardsville//Republic Services of Edwardsville*, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on April 19, 2024 (Doc. 33), as well as the Stipulation of Dismissal (Doc. 32), this matter is **DISMISSED with prejudice** with each party to bear its own costs.

IT IS SO ORDERED.

DATED: April 30, 2024

                                        MONICA A. STUMP, Clerk of Court

                                        *s/ Dana M. Winkeler*
                                        **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**